UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**JACQUES DODSON, SR.**                               **CIVIL ACTION NO: 3:20-CV-00290**

**VERSUS**                                             **JUDGE BRIAN A. JACKSON**

**SCOTT O. BRAME, FIRST FIDELITY
MORTGAGE D/B/A SOUTHERN FUNDING
MORTGAGE, JAMES REICHMAN,
ABC INSURANCE COMPANY, DEF
INSURANCE COMPANY, XYZ,
INDIVIDUALLY, WILLIAM WOODS,
BOB COLOGNE, TOM WILSON, COMMONWEALTH
TITLE COMPANY, EAST BATON ROUGE SHERIFF'S
OFFICE, WILLIAM NICHOLS, WHITE OAK
SERVICING, AND RED RIVER BANK**

**MAGISTRATE JUDGE RICHARD BOURGEOIS**

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant Red River Bank who, pursuant to 28 U.S.C. § 1441, seeks removal of this matter to the United States District Court for the Middle District of Louisiana, without waiving and specifically reserving all rights, defenses, objections, and exceptions, and respectfully avers as follows:

1.

On March 2, 2020, Plaintiff filed a Petition for Damages entitled *Jacques Dodson Sr. vs. Scott O Brame, et al*, which is currently pending in the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, bearing Docket Number C-694519, naming, *inter alia,* Red River Bank as a defendant.

2.

In paragraph 14 of the Petition for Damages, Plaintiff alleges "that there may be a claim for damages pursuant to the RICO statute in that all parties colluded against to intentionally deceive him and take his property." Pursuant to 18 U.S.C. § 1965, venue for a RICO claim is proper in federal district court.

3.

Further, in paragraph 21, wherein Red River Bank is referenced, Plaintiff alleges that certain actions violate "public policy and in violation of the state and federal constitution[s]."

4.

Red River Bank was served with the Petition for Damages on April 27, 2020. Thus, thirty days have not elapsed from the date of service on Red River Bank; accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

5.

Because this civil action arises under the Constitution and/or laws of the United States, this Court has jurisdiction pursuant to 28 U.S.C. § 1331 and this removal is proper pursuant to 28 U.S.C. § 1441.

6.

Venue is proper in this Honorable Court because the Middle District of Louisiana embraces the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State

of Louisiana, as provided by 28 U.S.C. § 1441(a).

7.

Additionally, pursuant to 28 U.S.C. § 1367, this Honorable Court has supplemental jurisdiction over any and all claims for which it does not have original jurisdiction as the alleged RICO and federal constitutional violations form part of the same case or controversy as the state law claims.

8.

The following have been served or are named defendants who hereby consent to removal: (1) James Reichman, individually and on behalf of White Oak Servicing (Exhibits A & B); (2) Thomas R. Willson, who was served under the name of Tom Wilson (Exhibit C); (3) East Baton Rouge Parish Sheriff's Office (Exhibit D); and (4) Scott M. Brame (Exhibit E).

9.

As Scott M. Brame is not the executor or succession representative for the Estate of Scott O. Brame, service upon Scott M. Brame does not amount to proper service on the Estate of Scott O. Brame. *See* La. C.C. art. 734. Further, Scott M. Brame is not a named defendant. However, undersigned secured a Consent to Removal from Scott M. Brame out of an abundance of caution.

10.

Based upon information from the Clerk of Court of the Parish of East Baton

Rouge, State of Louisiana, the following have not been served with the Petition for Damages as of the time of this filing: (1) First Fidelity Mortgage d/b/a Southern Funding; (2) Bob Cologne; (3) Commonwealth Title Company; (4) William Woods; (5) Tom Wilson, and (6) William Nichols. *See* Service Returns attached as Exhibit F, *in globo*.

11.

Promptly after filing this Notice of Removal, written notice hereof will be provided to Plaintiff and will be filed with the Clerk of the Nineteenth Judicial District Court of the Parish of East Baton Rouge, State of Louisiana.

12.

A copy of all process, pleadings, and orders served upon Red River Bank is attached hereto as Exhibit G, in accordance with 42 U.S.C. § 1446(a).

**WHEREFORE,** Defendant Red River Bank prays that this Notice of Removal be deemed good and sufficient and that the above-captioned matter be removed from the Nineteenth Judicial Court for the Parish of East Baton Rouge, State of Louisiana, to this Honorable Court for trial and determination as provided by law, and this Court enter orders and issue such process as may be proper to bring before it copies of all records and proceedings in this civil action from the state court, and proceed with the civil action as if it had been commenced originally in this Honorable Court.

Respectfully submitted,

**FAIRCLOTH MELTON SOBEL & BASH, LLC**

By: /s/ Barbara Bell Melton
    Jimmy R. Faircloth, Jr.    #20645
    jfaircloth@fairclothlaw.com
    Barbara Bell Melton    #27956 (T.A.)
    bmelton@fairclothlaw.com
    Drew Hoffman    #35824
    dhoffman@fairclothlaw.com
    105 Yorktown Drive
    Alexandria, LA 71303
    Phone 318-619-7755
    Fax 318-619-7744

**ATTORNEYS FOR RED RIVER BANK**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing **Notice of Removal** was electronically filed with the Clerk of Court of the United States District Court for the Middle District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel of record, if possible, and undersigned has forwarded a copy *via* regular U.S. mail to all known counsel of record, to parties for whom we have mailing addresses, and to Plaintiff, on this **14**[th] day of **May**, **2020.**

    /s/ Barbara Bell Melton
    OF COUNSEL

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons and entities have an interest in the outcome of this case:

1. **Scott O. Brame**
   711 Washington Street
   Alexandria, LA 71301

   Mr. Scott O. Brame is deceased and undersigned is not aware of who, if anyone, is the Executor or Succession Representative for the Estate of Scott O. Brame. In the Petition for Damages, Plaintiff used the address of Scott M. Brame, one of Mr. Scott O. Brame's son, for service. However, as mentioned in the Notice, Scott M. Brame is not the Executor or Succession Representative for the Estate of Scott O. Brame.

2. **First Fidelity Mortgage, Inc. d/b/a Southern Funding Mortgage**
   1133 MacArthur Drive
   Alexandria, LA 71301

   This address was provided by Plaintiff in his service instructions. It is unknown whether this company is still in existence.

3. **James Reichman and White Oak Servicing, LLC**
   728 Jackson Street
   Alexandria, LA 71301

   Counsel:   Larry Anderson
   SEALE, SMITH, ZUBER AND BARNETTE, LLP
   8550 United Plaza, Suite 200
   Baton Rouge, LA 70809
   Office: (225) 924-1600
   Fax: (225) 924-6100
   lranderson@sszblaw.com

4. **East Baton Rouge Sheriff's Office**
   8900 Jimmy Wedell Drive
   Baton Rouge, LA 70807

   Counsel:   Judson G. Banks
   ERLINGSON BANKS, PLLC

      One American Place
      301 Main Street, Suite 2110
      Baton Rouge, LA 70801
      Office: (225) 218-4446
      Fax: (225) 246-2876
      jbanks@erlingsonbanks.com

5. **Tom Wilson**
  address and counsel unknown

6. **Red River Bank**
  1412 Centre Court Drive
  Alexandria, LA 71301

  <u>Counsel:</u> Barbara Bell Melton
      FAIRCLOTH MELTON SOBEL & BASH, LLC
      105 Yorktown Drive
      Alexandria, LA 71303
      Office: (318) 619-7755
      Fax: (318) 619-7744
      bmelton@fairclothlaw.com

7. **Bob Cologne**
  4508 Southwind Drive
  Baton Rouge, LA 70816

  This address was provided by Plaintiff in his service instructions. However, per the Service Return, the tenant has moved.

8. **Commonwealth Title Company**
  4508 Southwind Drive
  Baton Rouge, LA 70816

  This address was provided by Plaintiff in his service instructions. However, per the Service Return, the tenant has moved.

9. **William Woods**
  address and counsel unknown

**10.** **William Nichols**
address and counsel known

**11.** **Scott M. Brame**

<u>Counsel:</u>   Connell L. Archey
BUTLER SNOW LLP
445 North Boulevard, Suite 300
Baton Rouge, LA 70802
Office (225) 325-8700
Fax (225) 325-8800
Connell.Archey@butlersnow.com

**12.** **Thomas R. Willson**
1330 Jackson Street
Alexandria, LA 71301
Office (318) 442-8658

**13.** **Jacques Dodson, Sr.**
4200 S. Morvant Place
Baker, LA 70714


　　　　　　　　　　　　　　　　　　　　/s/ Barbara Bell Melton
　　　　　　　　　　　　　　　　　　COUNSEL FOR RED RIVER BANK