SERVICE COPY



D4013926

# CITATION

JACQUES DODSON, SR
(Plaintiff)

VS

SCOTT O BRAME, ET AL
(Defendant)

NUMBER C-694519   SEC. 21/D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   BOB COLOGNE
      4508 SOUTHWIND DRIVE
      BATON ROUGE, LOUISIANA  70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 13, 2020.**



*Patricia Richard*
Deputy Clerk of Court for
Doug Welborn, Clerk of Court

Requesting Attorney: DODSON, JACQUES, SR
                     (225) 302-0144

*The following documents are attached:
PETITION FOR DAMAGES; LETTER REQUESTING SERVICE

**SERVICE INFORMATION:**

Received on the _16_ day of _April_, 20_20_ and on the _17_ day of _April_, 20_20_, served on the above named party as follows:
PERSONAL SERVICE: On the party herein named at _____.
DOMICILIARY SERVICE: On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
SECRETARY OF STATE: By tendering same to the within named, by handing same to _____.
DUE AND DILIGENT:   After diligent search and inquiry, was unable to find the within named _Bob Cologne_ or his domicile, or anyone legally authorized to represent him.
RETURNED: Parish of East Baton Rouge, this _17_ day of _April_, 20_20_.

SERVICE:$_____
MILEAGE$_____
TOTAL: $_____

_E. Gaspard_
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

RECEIVED
APR 16 2020
E B R SHERIFF'S OFFICE

4-17-20 - Afr. 1000
Moved - Clerk. Person per tenant
UTL

DY. E. GASPARD 0922   UNABLE TO SERVE
PHONE# 225-803-1671

EXHIBIT "F"

22/

# SERVICE COPY

D4013934

# CITATION

| | |
|---|---|
| **JACQUES DODSON, SR** (Plaintiff) | NUMBER C-694519   SEC. 21/D |
| | 19th JUDICIAL DISTRICT COURT |
| VS | PARISH OF EAST BATON ROUGE |
| **SCOTT O BRAME, ET AL** (Defendant) | STATE OF LOUISIANA |

TO:   COMMONWEALTH TITLE COMPANY
      4508 SOUTHWIND DRIVE
      BATON ROUGE, LOUISIANA 70816

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 13, 2020.**



*Patricia Kilcan*
Deputy Clerk of Court for
**Doug Welborn, Clerk of Court**

Requesting Attorney: DODSON, JACQUES, SR
                     (225) 302-0144

*The following documents are attached:
**PETITION FOR DAMAGES; LETTER REQUESTING SERVICE**

## SERVICE INFORMATION:

Received on the _16_ day of _April_, 20_20_ and on the _17_ day of _April_, 20_20_, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _Commonwealth_ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _17_ day of _April_, 20_20_

SERVICE: $_____
MILEAGE $_____
TOTAL: $_____

_E. Gaspard_
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

4-17-20 - At 1000
Moved - Unk. Person per tenant
UTL

RECEIVED
APR 16 2020
EBR SHERIFF'S OFFICE

DY. E. GASPARD 0922
PHONE # 225-803-1671

**UNABLE TO SERVE**

# RETURN COPY



D4013959

## CITATION

**JACQUES DODSON, SR**
(Plaintiff)

**VS**

**SCOTT O BRAME, ET AL**
(Defendant)

NUMBER C-694519  SEC. 21/D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**TO:   EAST BATON ROUGE SHERIFF'S OFFICE
ATTN: SID GAUTREAUX
8900 JIMMY WEDELL DRIVE
BATON ROUGE, LOUISIANA 70807**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 13, 2020.**



*Patricia Kidary*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: DODSON, JACQUES, SR**
(225) 302-0144

*The following documents are attached:
**PETITION FOR DAMAGES; LETTER REQUESTING SERVICE**

### SERVICE INFORMATION:

Received on the _16_ day of _Apl_, 20_20_ and on the _16_ day of _Apl_, 20_20_, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _222 St Lou s St  B-1_

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _16_ day of _Apl_, 20_20_.

SERVICE: $_____
MILEAGE $_____
TOTAL: $_____

_Sgt  1197_
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

RECEIVED

APR 16 2020

E B R SHERIFF'S OFFICE

**RETURN COPY**





RETURNS

D4013967

# CITATION

| | |
|---|---|
| JACQUES DODSON, SR<br>(Plaintiff) | NUMBER C-694519  SEC. 21/D |
| | 19th JUDICIAL DISTRICT COURT C |
| VS | PARISH OF EAST BATON ROUGE 170 |
| SCOTT O BRAME, ET AL<br>(Defendant) | STATE OF LOUISIANA |

**TO:** FIRST FIDELITY MORTGAGE
D/B/A SOUTHERN FUNDING MORTGAGE
1133 MACARTHUR DRIVE
ALEXANDRIA, LA 71301

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 13, 2020**.



*Patricia Kilary*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney:** DODSON, JACQUES, SR
(225) 302-0144

*The following documents are attached:
**PETITION FOR DAMAGES; LETTER REQUESTING SERVICE**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.
**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.
**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.
**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$ _____
MILEAGE$ _____
TOTAL:  $ _____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**

## SHERIFFS RETURN

DATE SERVED: _____
PERSONAL SERVICE: _____
DOMICILIARY SERVICE: _____
DEPARTMENTAL SERVICE: _____
PERSON SERVED: _____
RELATIONSHIP: _____
BY: _____
       Deputy Sheriff, Rapides Parish

MILEAGE: _____

Case 3:20-cv-00290-BAJ-RLB    Document 1-7    05/14/20    Page 6 of 18

## SHERIFFS RETURN

DATE SERVED: _____
PERSONAL SERVICE: _____
DOMICILIARY SERVICE: _____
DEPARTMENTAL SERVICE: _____
PERSON SERVED: _____
RELATIONSHIP: _____
BY: _____
       Deputy Sheriff, Rapides Parish

MILEAGE: _____

```
                    RAPIDES PARISH SHERIFF'S OFFICE
                            701 MURRAY ST.
                             SUITE 301
                    ALEXANDRIA, LOUISIANA  71301

                              4/23/20



     EAST BATON ROUGE PARISH
     CLERK OF COURT
     P. O. BOX 1991
     BATON ROUGE LA  70821-1991



              SUIT #:       694519    LA    170

            JACQUES DODSON, SR
                VERSUS
            SCOTT O BRAME ET AL


PERSON TO BE SERVED:  FIRST FIDELITY MORTGAGE/D/G/A SOUTHERN FUNDING MORTGAGE

     PERSON SERVED:   NO LONGER AT THIS LOCATION

    TYPE OF SERVICE:  SERVICE RETURNED & NOT MADE

    DATE OF SERVICE:  4/22/20

      PAPERS SERVED:  CITATION

        SHERIFF FEE:       .00
           MILEAGE:       5.40
        NOTARY FEE:        .00

   TOTAL AMOUNT DUE:      5.40




      PLEASE RETURN COPY WITH YOUR PAYMENT
```

**RETURN COPY**





D4013983

# CITATION

JACQUES DODSON, SR  
(Plaintiff)

VS

SCOTT O BRAME, ET AL  
(Defendant)



NUMBER C-694519   SEC. 21/D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:  JAMES REICHMAN  
AND/OR WHITE OAK SERVICING, LLC  
728 JACKSON STREET  
ALEXANDRIA, LA 71301

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.

This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 13, 2020**.



*Patricia Kilcarf*

*Deputy Clerk of Court for*  
**Doug Welborn, Clerk of Court**

Requesting Attorney: DODSON, JACQUES, SR  
(225) 302-0144

*The following documents are attached:  
**PETITION FOR DAMAGES; LETTER REQUESTING SERVICE**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE: $_____  
MILEAGE $_____  
TOTAL:   $_____

_____  
Deputy Sheriff  
Parish of East Baton Rouge

CITATION-2000

SHERIFFS RETURN

DATE SERVED: 4-22-2020
PERSONAL SERVICE: _____
DOMICILIARY SERVICE: _____
DEPARTMENTAL SERVICE: _____
PERSON SERVED: _____
RELATIONSHIP: _____
BY: _____*M. W___*_____
      Deputy Sheriff, Rapides Parish

MILEAGE: 2

```
                    RAPIDES PARISH SHERIFF'S OFFICE
                            701 MURRAY ST.
                             SUITE 301
                    ALEXANDRIA, LOUISIANA  71301

                                4/23/20
```

```
EAST BATON ROUGE PARISH
CLERK OF COURT
P. O. BOX 1991
BATON ROUGE LA  70821-1991
```

```
         SUIT #:      694519    LA    170

         JACQUES DODSON, SR
              VERSUS
         SCOTT O BRAME ET AL
```

| | |
|---|---|
| PERSON TO BE SERVED: | JAMES REICHMAN & OR WHITE OAK SERVICING, LLC |
| PERSON SERVED: | TINA PERKINS |
| TYPE OF SERVICE: | SERVICE PERSONAL |
| DATE OF SERVICE: | 4/22/20 |
| PAPERS SERVED: | CITATION |
| SHERIFF FEE: | 30.00 |
| MILEAGE: | 1.08 |
| NOTARY FEE: | .00 |
| TOTAL AMOUNT DUE: | 31.08 |

PLEASE RETURN COPY WITH YOUR PAYMENT

# RETURN COPY







D4013975

## CITATION

| | |
|---|---|
| **JACQUES DODSON, SR**<br>(Plaintiff) | NUMBER C-694519   SEC. 21/D |
| VS | 19th JUDICIAL DISTRICT COURT |
| **SCOTT O BRAME, ET AL**<br>(Defendant) | PARISH OF EAST BATON ROUGE<br>STATE OF LOUISIANA |

**TO:  RED RIVER BANK**
**ATTN: MAIN OFFICE**
**1412 CENTRE COURT**
**ALEXANDRIA, LA  70807**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 13, 2020**.



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: DODSON, JACQUES, SR**
                              **(225) 302-0144**

*The following documents are attached:
**PETITION FOR DAMAGES; LETTER REQUESTING SERVICE**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:**  Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____            _____
TOTAL:  $_____                 Deputy Sheriff
                                   Parish of East Baton Rouge

CITATION-2000

**SHERIFF'S RETURN**

DATE SERVED: 4/27/20
PERSONAL SERVICE: ✓
DOMICILIARY SERVICE: _____
DEPARTMENTAL SERVICE: _____
PERSON SERVED: _____
RELATIONSHIP: _____
BY: _____
     Deputy Sheriff, Rapides Parish
MILEAGE: _____

```
                RAPIDES PARISH SHERIFF'S OFFICE
                        701 MURRAY ST.
                          SUITE 301
                 ALEXANDRIA, LOUISIANA   71301

                            5/01/20
```

EAST BATON ROUGE PARISH
CLERK OF COURT
P. O. BOX 1991
BATON ROUGE LA   70821-1991


             SUIT #:        694519    LA    170

             JACQUES DODSON, SR
                 VERSUS
             SCOTT O BRAME ET AL

PERSON TO BE SERVED:  RED RIVER BANK ATTN: MAIN OFFICE

    PERSON SERVED:  RED RIVER/AMANDA BARNETT

   TYPE OF SERVICE:  SERVICE PERSONAL

   DATE OF SERVICE:  4/27/20

    PAPERS SERVED:  CITATION

       SHERIFF FEE:  30.00
           MILEAGE:   5.40
        NOTARY FEE:    .00

**TOTAL AMOUNT DUE:**  35.40


**PLEASE RETURN COPY WITH YOUR PAYMENT**

**RETURN COPY**          RETURNS                  
                                                  D4013942

# CITATION

JACQUES DODSON, SR
(Plaintiff)

VS

SCOTT O. BRAME, ET AL
(Defendant)



NUMBER C-694519   SEC. 21/D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

**TO:   SCOTT M. BRAME**
**711 WASHINGTON STREET**
**ALEXANDRIA, LA 71301**

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 13, 2020.**

*Patricia Kilbar*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: DODSON, JACQUES, SR
(225) 302-0144

*The following documents are attached:
**PETITION FOR DAMAGES; LETTER REQUESTING SERVICE**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**     After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE: $_____
MILEAGE $_____                  Deputy Sheriff
TOTAL:  $_____           Parish of East Baton Rouge

SHERIFF'S RETURN
DATE SERVED: 4/27/20
PERSONAL SERVICE: ✓
CITATION-2000MICILIARY SERVICE:
DEPARTMENTAL SERVICE:
PERSON SERVED:
RELATIONSHIP:
BY: _____
Deputy Sheriff, Rapides Parish
MILEAGE:

RAPIDES PARISH SHERIFF'S OFFICE
701 MURRAY ST.
SUITE 301
ALEXANDRIA, LOUISIANA  71301

5/01/20

EAST BATON ROUGE PARISH
CLERK OF COURT
P. O. BOX 1991
BATON ROUGE LA  70821-1991

SUIT #:        694519    LA    170

JACQUES DODSON, SR
VERSUS
SCOTT O BRAME ET AL

PERSON TO BE SERVED:  SCOTT M. BRAME

PERSON SERVED:  CHRISTINA GASPARD

TYPE OF SERVICE:  SERVICE PERSONAL

DATE OF SERVICE:  4/27/20

PAPERS SERVED:  CITATION

SHERIFF FEE:    30.00
MILEAGE:         1.08
NOTARY FEE:       .00

TOTAL AMOUNT DUE:    31.08

PLEASE RETURN COPY WITH YOUR PAYMENT

**RETURN COPY**





D4013991

## CITATION

JACQUES DODSON, SR
(Plaintiff)

VS

SCOTT O BRAME, ET AL
(Defendant)

NUMBER C-694519   SEC. 21/D

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO: THOMAS R WILSON
1330 JACKSON STREET
ALEXANDRIA, LA 71309

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **APRIL 13, 2020**.



*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

Requesting Attorney: DODSON, JACQUES, SR
(225) 302-0144

*The following documents are attached:
**PETITION FOR DAMAGES; LETTER REQUESTING SERVICE**

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

CITATION-2000

SHERIFFS RETURN

DATE SERVED: 4-22-2020
PERSONAL SERVICE: ✓
DOMICILIARY SERVICE: _____
DEPARTMENTAL SERVICE: _____
PERSON SERVED: _____
RELATIONSHIP: _____
BY: _____
   Deputy Sheriff, Rapides Parish
MILEAGE: 5

```
              RAPIDES PARISH SHERIFF'S OFFICE
                      701 MURRAY ST.
                        SUITE 301
                 ALEXANDRIA, LOUISIANA  71301

                          4/23/20
```

```
EAST BATON ROUGE PARISH
CLERK OF COURT
P. O. BOX 1991
BATON ROUGE LA  70821-1991
```

```
         SUIT #:       694519    LA     170

         JACQUES DODSON, SR
             VERSUS
         SCOTT O BRAME ET AL
```

PERSON TO BE SERVED:  THOMAS R WILSON

    PERSON SERVED:  DAVEY JONES

  TYPE OF SERVICE:  SERVICE PERSONAL

  DATE OF SERVICE:  4/22/20

    PAPERS SERVED:  CITATION

      SHERIFF FEE:   30.00
          MILEAGE:    2.70
       NOTARY FEE:     .00

TOTAL AMOUNT DUE:    32.70

PLEASE RETURN COPY WITH YOUR PAYMENT