UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JACQUES DODSON, SR.**                                CIVIL ACTION

**VERSUS**

**RED RIVER BANK, ET AL.**                             NO. 20-00290-BAJ-RLB

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 21st day of April, 2021.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

19th JDC Certified